**SEALED**  **ORIGINAL**

Warrant for Arrest   Steven D. DeBrota, Assistant United States Attorney   Telephone No. (317) 226-6333

# United States District Court

**SOUTHERN** DISTRICT OF **INDIANA**

UNITED STATES OF AMERICA
V.
DONALD SACHTLEBEN

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CAUSE NUMBER:   1:12-mj-316-TAB

YOU ARE HEREBY COMMANDED to arrest __DONALD SACHTLEBEN__ and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment   __ Information   _X_ Complaint   __ Order of Court   __ Violation Notice   __ Probation Violation Petition

charging him or her with (brief description of offense)

Count 1:   Distribution of child pornography

Count 2:   Possession of child pornography

in violation of Title __18__ United States Code, Section(s) __2252(a)(2) and 2252(a)(4)(B__

Tim A. Baker
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

May 12, 2012 Indianapolis, Indiana
Date and Location

by [signature]
Name of Judicial Officer

(By) Deputy Clerk

**FILED**
MAY 15 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Bail fixed at $ _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Carmel, Indiana_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| May 12, 2012 | Alan T. George, Special Agent | [signature] |

Date of Arrest 5/11/12